# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| BROADBILL INVESTMENT CORP., | |
| Plaintiff | Adversary Proceeding |
| -v.- | No. 10-50911 (MFW) |
| WASHINGTON MUTUAL, INC. | |
| Defendant, | |
| -and- | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| Proposed Intervenor Defendant, | |

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC., AND WMI INVESTMENT CORP. IN DEBTORS' MOTION TO DISMISS THE COMPLAINT OF BROADBILL INVESTMENT CORP.

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Washington Mutual, Inc. and WMI Investment Corp. (collectively, the "Debtors"), as its proposed pleading in this matter, hereby joins in the Debtors' Motion to Dismiss the Complaint of the Broadbill Investment Corp. and the Memorandum of Law in Support of Defendant's

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

Motion to Dismiss [D.I. 6, 7] and repeats, re-alleges and adopts as its own each statement, argument, and prayer for relief therein.

Dated:   May 18, 2010
Wilmington, Delaware

Respectfully submitted,

**PEPPER HAMILTON LLP**

By:  /s/ David B. Stratton
David B. Stratton (DE No. 960)
John H. Schanne, II (DE No. 5260)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware  19801
Tel:  (302) 777-6500
Fax: (302) 421-8390

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Fred S. Hodara (admitted pro hac vice)
Robert A. Johnson (admitted pro hac vice)
One Bryant Park
New York, NY
Tel:  (212) 872-1000
Fax: (212) 872-1002

Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*