# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., <u>et</u> <u>al</u>.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| BROADBILL INVESTMENT CORP., NANTAHALA CAPITAL PARTNERS, LP, and BLACKWELL CAPITAL PARTNERS, LLC,<br><br>        Plaintiffs,<br><br>   - against -<br><br>WASHINGTON MUTUAL, INC.,<br><br>        Defendant. | <br><br><br><br><br>Adv. Pro. No. 10-50911 (MFW)<br><br><br><br><br><br><br>**Hearing Date: 1/6/2011 @ 2:00 p.m. (EST)**<br>**Objection Deadline: 1/5/2011 @ 4:00 p.m. (EST)** |

## **MOTION TO SCHEDULE A DISCOVERY CONFERENCE**

Plaintiffs, Broadbill Investment Corp., Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC (collectively, "Plaintiffs"), Class Plaintiffs, on behalf of themselves and all holders of Litigation Tracking Warrants ("LTWs"), by their undersigned counsel, hereby move this Court for an order scheduling a discovery conference. Specifically, Plaintiffs seek to address with the Court (1) the apparent refusal by Defendant Washington Mutual, Inc. ("Defendant" or "WMI") to comply with a Notice of Depositions served upon officers and directors of WMI (the "Notice of Depositions"), and (2) the apparent refusal by attorneys from Sullivan & Cromwell LLP – counsel of record for JPMorgan Chase in the above-referenced WMI bankruptcy proceeding (and former pre-bankruptcy counsel for WMI and its predecessor, Dime Bancorp Inc.

"Dime") – to comply with a subpoena for testimony and documents served upon Mitchell Eitel, Esq., a Sullivan & Cromwell LLP attorney (the "S&C Subpoena"). Copies of the Notice of Depositions and the S&C Subpoena were filed on November 11, 2010. (Docket Nos. 73-76, 81.) In support of the Motion, Plaintiffs respectfully represent and state as follows:

1. On November 11, 2010, Plaintiffs served the Notices of Deposition on WMI seeking to take the deposition of three of WMI's directors and officers: Margaret Osmer-Macquade, William Kosturos, and Charles Edward Smith (the "WMI Witnesses").[1] On November 12, 2010, Plaintiffs served the S&C Subpoena on Mitchell Eitel, an attorney at Sullivan & Cromwell LLP, who had been involved with the creation and issuance of the LTWs for Dime and then with the merger between Dime and WMI. Plaintiffs have sought to depose Mr. Eitel and the WMI Witnesses based on WMI's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated October 29, 2010, which identified these individuals as having personal knowledge of the creation, registration, and distribution of the LTWs. Furthermore, Plaintiffs have sought relevant documents from Mr. Eitel.

2. Mr. Eitel has refused to comply with the S&C Subpoena, and the WMI Witnesses have refused to comply with the Notice of Depositions. The basis of refusal offered in both instances is that WMI's summary judgment motion, for which oral argument was heard by this Court on December 1, 2010, is currently pending and undecided. Mr. Eitel and the WMI Witnesses have stated that they will not agree to be deposed unless or until the Court denies WMI's summary judgment motion.

---

[1] Plaintiffs also served a Notice of Deposition for Kerry Killinger, the Chairman of the Board of WMI; however, counsel for WMI have represented that because Mr. Killinger has separate legal counsel, Plaintiffs would need to serve a separate subpoena on him.

2

3. Moreover, Mr. Eitel has refused to produce documents responsive to the S&C Subpoena on the basis that Sullivan & Cromwell had previously provided documents to WMI, who then produced such documents to Plaintiffs. However, this is improper, as it is unclear which of the documents provided by Sullivan & Cromwell were actually produced by WMI.

4. In adopting these positions, WMI and Mr. Eitel have effectively imposed a unilateral stay of discovery to which Plaintiffs have never agreed. Neither WMI nor Mr. Eitel have requested that the Court enter a stay of discovery during the pendency of WMI's summary judgment motion, nor has the Court granted any such stay. These stonewalling tactics are impermissible and create unnecessary delay in the adjudication of Plaintiffs' claims.

5. WMI has argued, improperly, in the past, that Plaintiffs have dragged their feet in terms of discovery, thereby creating delay in the Adversary Proceeding. Plaintiffs have continually disputed that assertion as baseless and contrary to the facts. Notably, though, it is WMI's actions (and Mr. Eitel's cooperation with WMI) in refusing to participate in depositions of individuals with relevant personal knowledge, as identified in WMI's own interrogatory responses, that now impose additional, unnecessary delays on discovery on this Adversary Proceeding.

6. Plaintiffs believe it is important that this issue be resolved as soon as possible to avoid any further delay and, therefore, ask that this motion be added to the agenda on the upcoming omnibus case status conference on January 6, 2011.

Dated: December 28, 2010

/s/ Mark E. Felger
Mark E. Felger (No. 3919)
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

   -and-

Paul N. Silverstein
Jeremy B. Reckmeyer
ANDREWS KURTH LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929
*Attorneys for Broadbill Investment Corp.*

/s/ Scott J. Leonhardt
Frederick B. Rosner (No. 3995)
Scott J. Leonhardt (No. 4885)
THE ROSNER LAW GROUP LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-4877

   -and-

Arthur Steinberg
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

   -and-

Jonathan Hochman
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street
New York, NY 10005
Telephone: (212) 277-6300
Facsimile: (212) 277-6333

*Attorneys for Nantahala Capital Partners,
LP and Blackwell Capital Partners LLC*