# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur J. Steinberg
Direct: (212) 556-2158
Email: asteinberg@kslaw.com

January 5, 2011

The Honorable Mary F. Walrath
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

> Re: *In re Washington Mutual, Inc.*, Case No. 08-12229 (MFW)
> *Broadbill Investment Corp. v. Washington Mutual, Inc.*,
> Adv. Proc. No. 10-50911 (MFW)

Dear Judge Walrath:

I write on behalf of Plaintiffs Broadbill Investment Corp., Nantahala Capital Partners, LP, and Blackwell Capital Partners, LLC to follow up on the earlier telephone call from my co-counsel (Scott Leonhardt Esq.) with Chambers concerning the Order granting Plaintiffs' Motion for a Discovery Conference, entered on December 29, 2010. In this Order, the Court agreed to address several discovery issues concerning Defendant Washington Mutual, Inc. ("WMI") and Mitchell Eitel of Sullivan and Cromwell at the omnibus case status conference scheduled for tomorrow, January 6, 2011.

As Mr. Leonhardt informed the Court, Plaintiffs have resolved the outstanding discovery issues with respect to Mr. Eitel who has agreed to a firm deposition date of January 19, 2010. Accordingly, Plaintiffs will not raise issues relating to Mr. Eitel at tomorrow's conference. However, discovery issues still remain with WMI, which will be addressed tomorrow at the scheduled conference.

Respectfully submitted,

Arthur Steinberg

cc: Counsel of Record (by e-mail)