# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| BROADBILL INVESTMENT CORP. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 10-50911 (MFW) |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>O R D E R</u>

**AND NOW**, this **7th** day of **JANUARY, 2011**, upon consideration of the WMI Motion for Summary Judgment and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED** that the Motion for Summary Judgment is **DENIED**.

BY THE COURT:

*[signature]*

Mary F. Walrath
United States Bankruptcy Judge

cc: Mark E. Felger, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Co-Counsel for Broadbill Investment Corp.

Paul N. Siverstein, Esquire
Jeremy B. Reckmeyer, Esquire
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Co-Counsel for Broadbill Investment Corp.

Scott J. Leonhardt, Esquire
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Co-Counsel for Nantahala Capital Partners LP and Blackwell Capital Partners LLC

Arthur Steinberg, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
Co-Counsel for Nantahala Capital Partners LP and Blackwell Capital Partners LLC

Jonathan Hockman, Esquire
Schindler Cohen & Hochman LLP
100 Wall Street
New York, NY 10005
Co-Counsel for Nantahala Capital Partners LP and Blackwell Capital Partners LLC

Mark D. Collins, Esquire
Chun Jang, Esquire
Travis A. McRoberts,
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Co-Counsel for the Debtors

Brian S. Rosen, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Co-Counsel for the Debtors

David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19801
Counsel for the Official Committee of Unsecured Creditors