IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
*In re*                                          : Chapter 11
                                                 :
WASHINGTON MUTUAL, INC., et al.                  : Case No. 08-12229 (MFW)
                                                 :
       Debtors.                                : Jointly Administered
                                                 :
---------------------------------------------------------------- 
                                                 :
NANTAHALA CAPITAL PARTNERS, LP,                  :
*et al.*,                                        :
       Plaintiffs,                             :
                                                 :
v.                                               :
                                                 : Adv. Pro. No. 10-50911 (MFW)
WASHINGTON MUTUAL, INC., *et al.*,               :
                                                 :
       Defendants.                             : Re: Docket No. 300
                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Cathy Greer, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 1st day of November, 2011, she caused a copy of the following to be served as indicated on the attached list:

*Order Approving Stipulation Between Plaintiffs and Defendants Extending Deadline to Respond and Page Limit for Briefs [Adv Pro Docket No. 300]*

RLF1 5541250v. 1

_____
Cathy Greer, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of November, 2011.

_____
Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2014

**Via Hand Delivery**

Frederick B. Rosner
Scott J. Leonhardt
Julia Klein
The Rosner Law Group LLC
824 North Market Street
Suite 810
Wilmington, DE 19801

**Via First Class Mail**

Jonathan L. Hochman
Daniel E. Shaw
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, NY 10005

Arthur J. Steinberg
King & Spalding
1184 Avenue of the Americas
New York, NY 10036